AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)* )<br>)<br>THE PREMISES AT 3321 SAN MATEO DRIVE, PLANO, )<br>TEXAS 75023 )<br>) | Case No. 4:15MJ451 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____Texas____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____November 26, 2015____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Don D. Bush____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ____11/12/2015 5:30 pm____   __[signature]__
                                                                                          *Judge's signature*

City and state:  ____Plano, Texas____   ____Don D. Bush, U.S. Magistrate Judge____
                                                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 4:15MJ451 | Date and time warrant executed: 11/13/15 @ 0600 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : Maras West | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See 3 attached DEA-12 Forms

FILED
NOV 19 2015
Clerk, U.S. District Court
Texas Eastern

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/13/15

_____
Executing officer's signature
Investigator Joshua Hunt
Printed name and title

JT ROOM = BR #1
MONICA = RR #2
MOM = BR #3

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (Including ZIP CODE), if applicable)
T. Schurzer
3321 SAN MATEO DR
PLANO, TX

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 11/13/15

DIVISION/DISTRICT OFFICE: DEA DALLAS

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
|  | MARIJUANA | BR #1 - SHELF |
|  | SPICE PKGS | BR #1 - SHELF |
|  | COFFEE MATE CONTAINER w/ MJ AMMO | BR #1 - SHELF |
|  | .380 HANDGUN SW EAY6757 | CHALLENGER CONSOLE |
|  | 12 GAUGE WINCHESTER 126457 | GARAGE |
|  | SIG SAUR w/ MAG AMMO EAK045284 | BR #1 - CLOSET |
|  | LENOVO LAPTOP | BR #1 - DESK |
|  | MISC PILLS | BR #1 CLOSET (BATHROOM) |
|  | MARIJUANA | BR 1 HAMPER |
| 3 BAGGIES | METH | BR #1 CLOSET (SAFE) |
|  | METH | BR #1 CLOSET |
|  | SD CARDS | BR #1 CLOSET |
| 3 BAGGIES | MARIJUANA | BR #1 CLOSET (CHEN CHEN SAFE) |
| 1 BAGGIE | WHITE POWDER | BR 1 CLOSET (SAFE) |
|  | TASER w/ 3 CARTRIDGES | BR #1 CLOSET |
| MISC | K2 | BR #1 SHELF |

RECEIVED BY (Signature): [signature]
NAME AND TITLE (Print or Type): T. SCHUL

WITNESSED BY (Signature):
NAME AND TITLE (Print or Type):

FORM DEA-12 (9-00) Previous editions obsolete          Electronic Form Version Designed in JetForm 5.2 Version

G:O U.S. GOVERNMENT PRINTING OFFICE: 2008-342-573/30055

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

3321 SAN MATEO DR.
PLANO, TX

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 11/13/15

DIVISION/DISTRICT OFFICE

DEA DALLAS

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (if Applicable) |
|---|---|---|
|  | RING | BR 1 CLOSET (SAFE) |
| 2 BAGGIES | WEED | BR 1 SHELF inside printer cover |
| 2 BAGS MISC | PILLS | BR 1 CLOSET (SAFE) |
|  | 4 MAGAZINES + AMMO | BR 1 CLOSET |
|  | DVR | BR 1 CLOSET (SAFE) |
| 22 | DIVERSION SAFES | BR 1 SHELF |
|  | METH | BR 2 UNDER BED |
|  | COCAINE | BR 2 UNDER BED |
| (1) | SCALE, BAGGIES | BR 2 PURSE ON BED |
|  | WEED | BR 2 UNDER BED |
|  | PIPES + SYRINGES | BR 2 Add/NIGHTSTAND |
|  | MONEY COUNTER | BR 2 |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
T. SCHUC

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

FORM DEA-12 (9-00) *Previous editions obsolete*    Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| TRAVIS SCHERE<br>3321 San Mateo DR<br>Plano, TX 75023 | FILE TITLE | |
| | DATE 11/13/15 | |

**DIVISION/DISTRICT OFFICE**

DALLAS FO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | METH | MONICA INFANTE |
| | COKE | CASE |
| | DIGITAL SCALE | |
| | PIPES | |
| | SYRINGES | |
| | DODGE CHALLENGER | ↓ |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)**
SGT TY LATHAM #Y201

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**

FORM DEA-12 (9-00) Previous editions obsolete — Electronic Form Version Designed in JetForm 5.2 Version